UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO A. OSEJO,<br><br>        Plaintiff,<br><br>    v.<br><br>HURTADO, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01178-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO REFILE COMPLAINT WITH MISSING PAGE(S)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF COMPLAINT (ECF NO. 1) |

      Sergio Osejo ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On July 30, 2021, Plaintiff e-filed the complaint commencing this action. (ECF No. 1). The Court has reviewed the complaint, and it appears that page(s) are missing. The complaint skips from page A1 to A3, and from paragraph five to paragraph eleven. Additionally, Plaintiff refers to a page "A4" that is not attached. Finally, Plaintiff appears to complain about a "spraying" that is not discussed in the factual allegations currently before the Court. Therefore, the Court will direct Plaintiff to re-file his complaint (by mail) with the missing page(s) included.

      Accordingly, IT IS ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to re-file his complaint (by mail) with the missing page(s) included.
2. Failure to comply with this order may result in the dismissal of this action.

   3.  The Clerk of Court is directed to send Plaintiff a copy of the complaint (ECF No. 1).

IT IS SO ORDERED.

Dated:  **August 5, 2021**               /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2