UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO A. OSEJO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HURTADO, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01178-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO BE ALLOWED TO FILE VIA E-FILING INSTEAD OF VIA MAIL<br><br>(ECF No. 19) |

Sergio Osejo ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 6, 2022, Plaintiff filed a letter. (ECF No. 19). In the letter, Plaintiff states that he does not trust his prison facility with mailing, and asks to be allowed to make all of his filings via e-filing instead of via mail.

The Eastern District of California does allow e-filing of initial complaints from participating institutions. See Standing Order Dated February 24, 2016 ("This Standing Order for the United States District Court for the Eastern District of California, describes a pilot program … whereby initial pleadings submitted by prisoners in civil rights cases involving conditions of confinement claims will be electronically filed."). However, it does not currently have a system to allow incarcerated individuals to make all filings in a case via e-filing instead of via mail.

\\\

\\\

1

    Accordingly, Plaintiff's request is DENIED.

IT IS SO ORDERED.

    Dated: **January 13, 2022**      /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE